Leonard G. Krup
State Bar No. 49572
510 W. Wood Street
Willows, CA  95988
(530) 798-5022 Telephone
(530) 934-8090 Facsimile

Attorney for Defendants
Tehama-Colusa Canal Authority

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JENSEN, as Successor Trustee for the 2008 Brett G. Jensen family Trust,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA; TEHAMA-COLUSA CANAL AUTHORITY; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.: CV-12-1615  JSW<br><br>STIPULATION AND ORDER FOR TRANSFER OF VENUE<br><br>[28 U.S.C. §1402(b)] |

        IT IS HEREBY STIPULATED and agreed by and between the undersigned attorneys for

the respective parties hereto that: (a) venue be transferred to the United States District Court,

Eastern District of California; (b) The United States of America has not yet been served and is

not presently a party;  (c) All events, acts or omissions concerning the alleged liability occurred

at a particular crossing of the Tehama-Colusa Canal located in Tehama County. Further, Tehama

Page 1
STIPULATION AND ORDER FOR TRANSFER OF VENUE

County in its entirety and the Tehama-Colusa Canal in its entirety are located in the Eastern

District. Thus, the alleged basis for venue under 28 U.S.C. §1402(b) (Complaint, 2:7-10)

requires venue in the Eastern District.

IT IS THEREFORE STIPULATED that this action be transferred to the United States

District Court, Eastern District of California.


Dated: 5/22/12                                    _/s/ Leonard G. Krup_____
                                                  Leonard G. Krup, Attorney for Defendant
                                                  Tehama-Colusa Canal Authority


Dated: 5/22/12                                    /s/ John S. Gleason_____
                                                  John S. Gleason, Attorney for Plaintiff
                                                  Peter Jensen




PURSUANT TO STIPULATION, IT IS SO ORDERED,




Dated: _____  May 24, 2012                  _____
                                                  ~~DONNA M. RYU~~
                                                  United States ~~Magistrate~~ Judge
                                                  Northern District of California




Page 2
STIPULATION AND ORDER FOR TRANSFER OF VENUE