RICHARD K. BRIDGFORD, ESQ., [SBN 119554]
richard.bridgford@bridgfordlaw.com
JOHN S. GLEASON, ESQ., [SBN 119753]
john.gleason@bridgfordlaw.com
BRIDGFORD, GLEASON & ARTINIAN
26 Corporate Plaza, Suite 250
Newport Beach, California 92660
(949) 831-6611- phone
(949) 831-6622 - fax

Attorneys for Plaintiff
PETER JENSEN

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PETER JENSEN, as Successor Trustee for the 2008 Brett G. Jensen Family Trust,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; TEHAMA-COLUSA CANAL AUTHORITY; and DOES 1 through 10, Inclusive,<br><br>  Defendants. | CASE NO.: 2:12-CV-01418-JAM-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT UNITED STATES OF AMERICA IN EXCHANGE FOR WAIVER OF COSTS**<br><br>[Rule 41(a)(1)] |

Plaintiff PETER JENSEN, as Successor Trustee for the 2008 Brett G. Jensen Family Trust ("JENSEN"), requests an Order for dismissal of Defendant UNITED STATES OF AMERICA ("USA") in exchange for a waiver of attorneys fees and costs.

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Defendant USA is dismissed without prejudice from this action.

IT IS FURTHER STIPULATED that Plaintiff JENSEN and Defendant USA agree that

/ / /

/ / /

/ / /

/ / /

---

1

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT USA FOR WAIVER OF COSTS; CASE NO. 2:12-CV-01418-JAM-EFB

1  each will bear his or its own attorney's fees and costs with respect to this action.

2  DATED: August 29, 2013            BRIDGFORD, GLEASON & ARTINIAN

3

4                                    /s/_____
                                     BY: JOHN S. GLEASON
5                                    john.gleason@bridgfordlaw.com
                                     Attorneys for Plaintiff
6                                    PETER JENSEN

7
   DATED: August 28, 2013            BENJAMIN B. WAGNER
8                                    United States Attorney

9

10                                   /s/ Victoria L. Boesch (as authorized on 8/28/13)
                                     BY: VICTORIA L. BOESCH
11                                   Victoria.Boesch@usdoj.gov
                                     Assistant U.S. Attorney
12
   DATED: August 29, 2013            LEONARD G. KRUP
13

14

15                                   /s/ Leonard G. Krup (as authorized on 8/29/13)
                                     BY: Leonard G. Krup
                                     Gkrup@.com
16                                   Attorney for Defendant
                                     TEHAMA-COLUSA CANAL AUTHORITY
17

18                              **ORDER**

19     Good cause appearing, it is so ordered that Defendant UNITED STATES OF AMERICA

20  is hereby dismissed from this action without prejudice.

21     It is further ordered that Defendant UNITED STATES OF AMERICA and Plaintiff

22  JENSEN have waived recovery of any and all attorneys fees and costs with respect to this action.

23  DATED:  8/30/2013

24

25                                   /s/ John A. Mendez____
                                     John A. Mendez
26                                   U.S. District Court Judge

27
    C:\Documents and Settings\HVine\Desktop\12cv1418.o.83013.wpd
28

---

2
STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT USA FOR
WAIVER OF COSTS; CASE NO. 2:12-CV-01418-JAM-EFB